UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHANDRAPRAKASH HINGE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 25-1097 (RBW) |
| TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement, | ) ) ) ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

In accordance with the oral rulings issued by the Court at the motion hearing held on April 14, 2025, and the accompanying Memorandum Opinion issued on this same date, the Court has determined that an immediate Order is warranted to maintain the status quo until the conclusion of a further hearing scheduled for April 16, 2025, at 2:30 p.m. Accordingly, it is hereby

**ORDERED** that the plaintiff's Application for Temporary Restraining Order or in the Alternative Preliminary Injunction, ECF No. 2, is **GRANTED IN PART AND HELD IN ABEYANCE IN PART**. The motion is **GRANTED** to the extent it seeks a temporary restraining order until the conclusion of a further hearing scheduled for April 16, 2025. The motion is **HELD IN ABEYANCE** in all other respects pending a further hearing on the plaintiff's motion. It is further

**ORDERED** that the defendant shall not commence proceedings to remove the plaintiff from the United States while this Order is in effect absent further Order from the Court. It is further

**ORDERED** that, on April 16, 2025, at 2:30 p.m., the parties shall appear before the Court for a further hearing on the plaintiff's Application for Temporary Restraining Order or in the Alternative Preliminary Injunction, ECF No. 2.  The parties shall appear before the Court via teleconference by calling 646-828-7666, entering the Meeting ID 161 591 8885 followed by the pound key (#), and then entering the Passcode 984979 followed by the pound key (#).

**SO ORDERED** this 15th day of April, 2025.

REGGIE B. WALTON
United States District Judge