UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHANDRAPRAKASH HINGE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 25-1097 (RBW) |
| TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement, | ) ) ) ) ) | |
| Defendant. | ) ) ) | |

## ORDER

In light of the plaintiff's Application for Temporary Restraining Order or in the Alternative Preliminary Injunction, ECF No. 2, and the parties' Joint Response to Court Order, ECF No. 13, it is hereby

**ORDERED** that the plaintiff's Application for Temporary Restraining Order or in the Alternative Preliminary Injunction, ECF No. 2, is **GRANTED IN PART AND DENIED WITHOUT PREJUDICE IN PART**.  The motion is **GRANTED** to the extent outlined in this Order, in accordance with the proposed language that was jointly filed by the parties in their Joint Response to Court Order, ECF No. 13.  The motion is **DENIED** in all other respects.  It is therefore

**ORDERED** that the defendant shall return the plaintiff's record in the Student and Exchange Visitor Information System ("SEVIS") to the Active status.  It is further

**ORDERED** that the defendant may not change or otherwise modify the plaintiff's record in SEVIS solely on the basis of his arrest on July 3, 2024, for a violation of Texas Transportation

Code 545.401(b) and subsequent dismissal of charge on April 9, 2025, by the Dallas County Criminal Court.

    **SO ORDERED** this 17th day of April, 2025.

REGGIE B. WALTON  
United States District Judge
