# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHANDRAPRAKASH HINGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Civil Action No. 25-1097 (RBW) |
| TODD M. LYONS, | ) | |
| Acting Director, United States Immigration | ) | |
| and Customs Enforcement, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In light of the Court's Order, ECF No. 14, that was issued on April 17, 2025, it is hereby

**ORDERED** that, on or before April 25, 2025, the parties shall file a notice with the Court indicating whether, given the Court's Order, ECF No. 14, this case should be closed or, if the parties determine that this case should not be closed, how they wish to proceed towards closure of the case.

**SO ORDERED** this 18th day of April, 2025.

REGGIE B. WALTON
United States District Judge