UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHANDRAPRAKASH HINGE,  )<br>  )<br>Plaintiff,  )<br>v.  )<br>  )<br>TODD M. LYONS,  )<br>Acting Director, United States Immigration  )<br>and Customs Enforcement,  )<br>  )<br>Defendant.  )<br>  ) | Civil Action No. 25-1097 (RBW) |

## ORDER

In light of the plaintiff's Withdrawal of Preliminary Injunction, ECF No. 22, it is hereby

**ORDERED** that the plaintiff's Supplemental Motion for Preliminary Injunction, ECF No. 19, is **DENIED WITHOUT PREJUDICE**. It is further

**ORDERED** that the motion hearing on the plaintiff's Supplemental Motion for Preliminary Injunction, ECF No. 19, currently scheduled for May 20, 2025, at 10:30 a.m., is **VACATED**. It is further

**ORDERED** that, on or before September 3, 2025, unless otherwise Ordered by the Court, the parties shall file a joint status report apprising the Court of the status of this case.

**SO ORDERED** this 16th day of May, 2025.

REGGIE B. WALTON
United States District Judge