**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHANDRAPRAKASH HINGE,<br><br>        Plaintiff,<br><br>   v.<br><br>DAVID J. VENTURELLA,<br>Acting Director, United States Immigration<br>and Customs Enforcement,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 25-1097 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>ORDER</u>

Upon consideration of the parties' Notice of Settlement, ECF No. 40, it is hereby

**ORDERED** that the filing deadlines the Court set at the July 17, 2026 status conference

are **STAYED**.  It is further

**ORDERED** that, on or before September 21, 2026, the parties shall file a Joint Status

Report apprising the Court of the status of this case.

**SO ORDERED** this 22nd day of July, 2026.


                    REGGIE B. WALTON
                    United States District Judge